IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT J. LEDWITH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BROOKS, et al.** | : | **No. 06-1799** |

**ORDER**

AND NOW, this 13th day of August, 2012, upon careful and independent consideration of the amended petition for a writ of *habeas corpus*, for the reasons in the attached memorandum, it is **ORDERED** that:

1. The original petition for a writ of *habeas corpus* (paper no. 1) is **DENIED AS MOOT**.

2. The Report and Recommendation (paper no. 7) and Supplemental Report and Recommendation (paper no. 21) of U.S. Magistrate Judge Hart as to the original petition for a writ of *habeas corpus* are **MOOT**.

3. The amended petition for a writ of *habeas corpus* (paper no. 59) is **DENIED**.

4. A certificate of appealability will **NOT BE ISSUED**. *See* 28 U.S.C. § 2253(c)(2).

/s/ Norma L. Shapiro

J.